UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT DRUHAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action 24-cv-11309-IT |
| | * | |
| STEPHEN HOGE, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

August 27, 2024

TALWANI, D.J.


In a July 31, 2024 Order [Doc. No. 5], the Court denied without prejudice Plaintiff's

Application to Proceed Without Prepaying Fees or Costs [Doc. No. 2] ("Application") and

ordered Plaintiff to (1) resolve the filing fee by paying the $405 filing fee or file a renewed

Application; and (2) file a signed complaint. The Court gave Plaintiff twenty-one days—until

August 21, 2024—to comply with the Order, and the Court stated that failure to comply with the

Order would result in dismissal of the action.

Plaintiff has not filed anything in response to Order, and the time for complying with the

Order has lapsed. Accordingly, this action is hereby DISMISSED without prejudice for failure to

pay the to pay the filing fee and to file a signed complaint.

IT IS SO ORDERED.

                                                     /s/ Indira Talwani
                                                     United States District Judge

August 27, 2024